**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in November 3, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **26 U.S.C. § 7206(1)** |
| **KEITH D. FORNEY,** | : | **(Fraud and False Statements)** |
| | : | |
| **Defendant.** | : | |
| | : | |

# I N D I C T M E N T

The Grand Jury charges that:

## BACKGROUND

At times material to this Indictment:

## Keith Forney and Forney Enterprises, Inc.

1.      Defendant Keith Forney ("Defendant Forney") was the president, sole owner, and sole shareholder of Forney Enterprises, Inc. ("FEI").  Defendant Forney exercised control over every aspect of FEI's business affairs.

2.      FEI was primarily engaged in the construction business.  Its principal office was located at 1818 New York Avenue, NE, Washington, DC.

3.       FEI used QuickBooks for its bookkeeping and to track its financial transactions.

4.      Defendant Forney was also a partner in Stadium Club, LLC, an entertainment establishment located in the District of Columbia.

## Tax Background

5.      FEI was treated as an "S" corporation under the Internal Revenue Code.  S corporations pass corporate income, losses, deductions, and credits through to their shareholders

for federal tax purposes.  Shareholders of S corporations report the flow-through of income and losses on their personal tax returns and are assessed tax at their individual income tax rates.  S corporations are required to file a Form 1120S, U.S. Income Tax Return for an S Corporation, with the Internal Revenue Service ("IRS") for each calendar year.  Schedule K-1 of the Form 1120S reports each shareholder's share of the corporation's income.

6.      A Form K-1 is a tax form that is issued to shareholders of an S corporation showing their share of business income that must be reported on their personal tax returns.

7.      A U.S. Individual Income Tax Return, Form 1040 ("Form 1040"), is a personal income tax return filed with the IRS by citizens and residents of the United States that reports, among other things, income and deductions to determine the amount of tax owed or the amount to be refunded to the taxpayer.

8.      A Schedule E, Supplemental Income and Loss ("Schedule E"), is an IRS form that is attached to a Form 1040, when applicable, and is used by taxpayers to report income or loss from, among other sources, S corporations, rental real estate, and partnerships.

**Keith Forney's Use of FEI Funds for Non-Business Expenses**

9.      In calendar year 2009, Defendant Forney used FEI funds to pay approximately $25,000 to a law firm for its representation of a former foreign government official in connection with the official's trip to Washington, DC.  Defendant Forney entered or caused to be entered this payment as a deductible business expense in the FEI QuickBooks records.

10.     In calendar year 2009, Defendant Forney used FEI funds to pay approximately $25,170 for home renovations for an FEI employee.  Defendant Forney entered or caused to be entered this payment as a deductible business expense in the FEI QuickBooks records.

2

11.     In calendar year 2009, Defendant Forney entered or caused to be entered in the FEI QuickBooks records approximately $168,512 in FEI payments to Defendant Forney's personal credit card and an FEI credit card as a deductible business expense for "consultant" payments to Defendant Forney.

12.     In calendar years 2009 and 2010, Defendant Forney used FEI funds to make FEI contributions to political candidates and campaigns, and to Constituent Services Programs established by D.C. Council members.  Defendant Forney entered or caused to be entered these contributions as deductible business expenses in the FEI QuickBooks records.

13.     In calendar years 2009 and 2010, Defendant Forney used FEI funds to reimburse individuals, whom at the direction of Defendant Forney, had made contributions to political candidates and campaigns, and to Constituent Services Programs.  Defendant Forney entered or caused to be entered these FEI reimbursements as deductible business expenses in the FEI QuickBooks records.

14.     In calendar years 2009 and 2010, Defendant Forney used FEI funds to pay a university for expenses associated with his child's attendance at the university.  Defendant Forney entered or caused to be entered these payments as deductible business expenses in the FEI QuickBooks records.

### FEI's Financial Statements

15.     Firm A was a certified public accounting firm.  Beginning in 2009, Defendant Forney engaged Firm A to prepare financial statements for FEI.  FEI used the financial statements to obtain bonding for its construction projects.

16.     A Firm A employee went to the FEI principal office to obtain the FEI books and

records for use in preparing the FEI financial statements.  The books and records included the FEI

QuickBooks records, FEI bank account statements, accounts receivables by contract, accounts

payable by contract, revenue/profit recognition reports, and reports on the status of contracts.  Firm

A did not audit the FEI books and records.

17.     The 2009 FEI financial statement prepared by Firm A listed net income of over $2

million.  The 2010 FEI financial statement prepared by Firm A listed net income of over $1.8

million.  Firm A provided these financial statements to Defendant Forney.

### FEI's Tax Returns

18.     Firm B was a tax preparer.  Beginning in or about 2009, Defendant Forney engaged

Firm B to prepare business tax returns for FEI, including its Forms 1120S.  Firm B performed no

accounting services or audit work for FEI.

19.     Firm B prepared FEI tax returns using information that Defendant Forney provided

to Firm B on an Excel spreadsheet.  Defendant Forney did not provide the FEI QuickBooks

records, the financial statements prepared by Firm A, or FEI bank account records to Firm B.  Firm

B was not aware that Firm A had generated FEI financial statements.

20.     Contrary to the 2009 FEI financial statement prepared by Firm A, Defendant

Forney provided a spreadsheet to Firm B listing FEI's net income for the 2009 calendar year as

$53,660.  Based on the information provided by Defendant Forney, Firm B filed a Form 1120S for

FEI for the 2009 calendar year that reported FEI's net business income as $57,166.  FEI issued a

Form K-1 to Defendant Forney for the 2009 calendar year reflecting business income of $57,166.

21.     Contrary to the 2010 FEI financial statement prepared by Firm A, Defendant

Forney provided a spreadsheet to Firm B listing FEI's net income for the 2010 calendar year as

4

$77,247.  Based on the information provided by Defendant Forney, Firm B filed a Form 1120S for

FEI for the 2010 calendar year that reported FEI's net business income as $78,181.  FEI issued a

Form K-1 to Defendant Forney for the 2010 calendar year reflecting business income of $78,181.

### Keith Forney's Tax Returns

22.     Defendant Forney prepared his individual income tax returns, Forms 1040, for the

2009 and 2010 calendar years.

23.     On Schedule E of his Form 1040 for the 2009 calendar year, Defendant Forney

reported $57,166 in income from FEI and total income of $57,166 from partnerships and S

corporations.  On Line 17 of his 2009 calendar year Form 1040, Defendant Forney reported income

of $57,166.  On Line 22 of his 2009 calendar year Form 1040, Defendant Forney reported total

income of $164,045.  In the income section of his 2009 calendar year Form 1040, Defendant

Forney did not report any of his "consulting" income.

24.     On Schedule E of his Form 1040 for the 2010 calendar year, Defendant Forney

reported $78,181 in income from FEI and a loss of $204,338 from Stadium Club for a total loss of

$126,157 from partnerships and S corporations.  On Line 17 of his 2010 calendar year Form 1040,

Defendant Forney reported a loss of $126,157.

### COUNT ONE
### (Fraud and False Statements)

25.     Paragraphs 1 through 23 are realleged.

26.     On or about May 16, 2011, in the District of Columbia and elsewhere, Defendant

Forney did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for

the 2009 calendar year, which was verified by a written declaration that it was made under the

penalties of perjury and which Defendant Forney did not believe to be true and correct as to every material matter. On the Form 1040, which was filed with the IRS, Defendant Forney included false underreported income from FEI and failed to report any of his "consulting" income, among other false items, whereas, as Defendant Forney then and there knew, he earned substantially more income than the reported amounts:

| APPROXIMATE FILING DATE OF RETURN | FALSE ITEMS | AMOUNT OF FALSE ITEMS |
|---|---|---|
| May 16, 2011 | (a) Form 1040, line 17<br>(b) Form 1040, line 22 | (a) $57,166 in income<br>(b) $164,045 in income |

**(Fraud and False Statements, in Violation of Title 26, United States Code, Section 7206(1))**

**COUNT TWO**
**(Fraud and False Statements)**

27.    Paragraphs 1 through 22, and 24 are realleged.

28.    On or about January 11, 2012, in the District of Columbia and elsewhere, Defendant Forney did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the 2010 calendar year, which was verified by a written declaration that it was made under the penalties of perjury and which Defendant Forney did not believe to be true and correct as to every material matter. On the Form 1040, which was filed with the IRS, Defendant Forney included false underreported income from FEI, among other false items, whereas, as Defendant Forney then and there knew, he earned substantially more income than the reported amounts:

| APPROXIMATE FILING DATE OF RETURN | FALSE ITEM | AMOUNT OF FALSE ITEM |
|---|---|---|
| January 11, 2012 | Form 1040, line 17 | loss of $126,157 |

**(Fraud and False Statements, in Violation of Title 26, United States Code, Section 7206(1))**

A TRUE BILL:

_____

FOREPERSON


_____
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA