# EXHIBIT 1



March 28, 2016

Mr. Corey Beasley
Department of Small and
Local Business Development
441 4th Street, NW Suite #970N
Washington, DC  20001

Attn:   Certification Division

**Re:   Forney Enterprises, Inc., CBE Certification as a Resident Owned Business**

Dear Mr. Beasley:

It has come to my attention that there may be some question as to my eligibility to apply for and receive the "Resident Business Owner" certification status within the DSLBD program both now and in the past and I want to remove any question as to my eligibility in that regard during this recertification process.

In 2000 I officially moved my company to Washington, DC after being awarded a construction contract.  In 2001 I established a domicile in the District when I rented a condo in SE DC followed by changing over my driver's license; thereby establishing my residency in the District of Columbia.  I rented that unit from 2001 until I purchased my townhouse, located at 2119 Newport PL NW Washington, DC 20037, in 2005.  When I bought my townhouse it was my intention to move right away into the townhouse; however, the renter already living there at the time of purchase requested that they be allowed to stay there for a while longer because he had several out of town job opportunities he was pursuing and was fairly confident that he would receive an offer from one of them.  To that end, he wanted to avoid the cost of a double move in a short period of time and in an effort to accommodate his needs and avoid a lengthy and expensive Landlord and Tenant battle, I accommodated his request.

The statutes applicable to being certified as a Resident Business Owner clearly states that the person must be "subject to personal income taxes solely in the District of Columbia."  My understanding of the key component of the law is that I must file my personal income taxes with the District of Columbia.  Further, according to my research, being a Resident of the District does not require me to be continuously domiciled within the District in order to maintain my residency.  Therefore, having established my DC residency and having taken no steps to abandon said DC residency.  Further, despite having moved in and out of the city over the years, at no time have I indicated through my actions that I intended to be a resident of any other jurisdiction; consequently I remain subject to personal income taxes in the District of Columbia.  That I continued to file my personal income taxes solely in the District of Columbia and have continued to maintain a voter registration as well as my primary vehicle registration and my driver's license

registration with the District of Columbia is a further demonstration of my intention to maintain my DC residence. This is aside from the fact that when I calculate how much time I have spent engaged in activities within the District, both workwise and socially as a minimum, is the equivalent of over 200 days per year, each year in time, over the last 16 years.

In conclusion, as a DC resident that has subjected myself to filing both personal and businesses taxes to the District of Columbia, I believe I meet and have met the requirements for certification as a Resident Owned Business under the DSLBD program. Given the facts as outlined above, I trust that Forney Enterprises, Inc., will receive RBO status as part of the current recertification.

If you need additional information, please contact me at your earliest convenience.

Sincerely,

Keith Forney
President

---

**1818 New York Ave., NE Suite #201**  **(202) 529-2140 Office   (202) 529-2377 Fax**
**Washington, DC   20002**                         **Email:  keith@forneyent.com**