| | |
|---|---|
| Government ☐ | |
| Plaintiff ☐ | |
| Defendant ✓ | |
| Joint ☐ | |
| Court ☐ | |

UNITED STATES OF AMERICA

VS.

KEITH D. FORNEY

Civil/Criminal No. 17-159-01 (RMC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photo of Mr. Forney's Youngest Child | 12/4/2019 | 12/4/2019 | N/A | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |